IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00575-ZLW

DERRICK DAVIES,

          Applicant,

v.

WARDEN ESTEP, Fremont Corr. Facility, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

          Respondents.

_____

ORDER TO CURE DEFICIENCY
_____

Weinshienk, Senior Judge

          Applicant submitted a Notice of Appeal on July 31, 2007.  The Court has determined

that the document is deficient as described in this order.  Applicant will be directed to cure

the following if he wishes to pursue this appeal.

**(A)      Filing Fee**
          __X__  is not submitted

**(B)      Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to
          28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action**:

          __X__  is not submitted
          ____  is missing affidavit
          ____  is missing required financial information
          ____  is missing an original signature by the prisoner
          ____  is not on proper form (must use the Court's current form
          ____  other

1

Accordingly, it is

ORDERED that Applicant cure the deficiencies designated above within thirty days from the date of this order.  Any papers that Applicant files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the Clerk of the Court mail to Applicant, together with a copy of this order, an original and one copy of the following form:   Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24 in a Habeas Corpus Action.  It is

FURTHER ORDERED that, if Applicant fails to cure the designated deficiencies within 30 days from the date of this order, the Court of Appeals will be so notified.

DATED at Denver, Colorado this   14   day of           August          , 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2